UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY LAWRENCE JERNIGAN JR., <br><br> Petitioner, <br><br> vs. <br><br> JOE LIZARRAGA, Warden, <br><br> Respondent. | Case No. CV 14-5226-VAP (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On August 7, 2015, Petitioner filed objections to the R&R, in which he simply cites certain legal propositions without applying them to the facts of his case. On August 17, 2015, he refiled the same objections, this time attaching documents apparently demonstrating that he has participated in alcohol- and narcotics-abuse therapy as well as a fund-raising event for prisoner rehabilitation. As commendable as these activities are, they do not have any bearing on the timeliness of his Petition.

1    Having reviewed de novo those portions of the R&R to which
2 objections were filed, the Court accepts the findings and
3 recommendations of the Magistrate Judge.  IT IS ORDERED that the
4 Petition is denied as time barred, Petitioner's request for an
5 evidentiary hearing is denied, his request for a stay and
6 abeyance is denied as moot, and Judgment be entered dismissing
7 this action with prejudice.

DATED: September 10, 2015

_____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE