**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFERY LAWRENCE JERNIGAN JR., <br><br> Petitioner, <br><br> vs. <br><br> JOE LIZARRAGA, Warden, <br><br> Respondent. | Case No. CV 14-5226-VAP (JPR) <br><br> **J U D G M E N T** |

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 10, 2015

                                         VIRGINIA A. PHILLIPS <br>
                                         U.S. DISTRICT JUDGE